IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAY - 9 2011

CLERK, U.S. DISTRICT COURT
By _____
        Deputy

TERRENCE T. COLER                §
                                 §
            Plaintiff,           §
                                 §
VS.                              §        NO. 3-11-CV-0575-M
                                 §
K. WESTER, ET AL.                §
                                 §
            Defendants.          §

## ORDER

After conducting a review of the pleadings, files and records in this case, and the Findings

and Recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. §

636(b)(1), I am of the opinion that the Findings and Recommendation of the Magistrate Judge are

correct, and they are hereby accepted as the Findings of the Court.

SO ORDERED this __9__ day of ___May___, 2011.


_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS